IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

NOV 1 4 2013

at 3:47pm

MATTHEW J. DYKMAN
CLERK

CARMEN F. LEYBA,

Plaintiff,

vs.

CIV 13-0418 RB/KBM

NEW MEXICO STATE POLICE
Department of Public Safety,

Defendant.

## ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Chief Magistrate Judge filed her Proposed Findings and Recommended Disposition on October 15, 2013 *(Doc. # 16)*. The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review. As of today, no objections have been filed and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 16)* is ADOPTED and Plaintiff's Civil Rights Complaint pursuant to 42 U.S.C. § 1983 will be dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE